# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse Room 2722 - 219 S. Dearborn Street Chicago, Illinois 60604 | | Office of the Clerk Phone: (312) 435-5850 www.ca7.uscourts.gov |

## FINAL JUDGMENT

May 2, 2025

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 23-1207 | DAVID C.L. WALTON,<br>        Plaintiff - Appellant<br><br>v.<br><br>ASHLEY NEHLS,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00007-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court